ABRAHAM RESNICK, PLAINTIFF-RESPONDENT, v. EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION, DEFENDANT-APPELLANT, REFORM TEMPLE OF EAST BRUNSWICK, EAST BRUNSWICK BAPTIST CHURCH, NATIVITY EVANGELICAL LUTHERAN CHURCH OF EAST BRUNSWICK, DEFENDANTS.

ABRAHAM RESNICK, PLAINTIFF-RESPONDENT, v. REFORM TEMPLE OF EAST BRUNSWICK, DEFENDANT-APPELLANT, EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION, EAST BRUNSWICK BAPTIST CHURCH, NATIVITY EVANGELICAL LUTHERAN CHURCH OF EAST BRUNSWICK, DEFENDANTS,

Superior Court of New Jersey
Appellate Division

Argued November 1, 1976—Decided November 16, 1976.

Before Judges BISCHOFF, MORGAN and COLLESTER.

*Mr. Frank J. Rubin* argued the cause for East Brunswick Board of Education (*Messrs. Rubin & Lerner*, attorneys).

*Mr. Samuel H. Davis* argued the cause for Reform Temple of East Brunswick (*Messrs. Dubowsky & Davis*, attorneys).

*Mr. Seymour Gelzer* filed a brief and was permitted to argue the cause for East Brunswick Baptist Church, even though no notice of appeal was filed (*Messrs. Iaria* and *Gelzer*, attorneys).

*Mr. Sanford Rader* argued the cause for respondent (*Messrs. Kovacs, Anderson, Horowitz & Rader*, attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the trial court, reported at 135 *N. J. Super.* 257.